## Unclaimed Funds
Entered 8/10/2009 to 8/10/2009

| Case No./Cred No. | Creditor | Amount | Entered | |
|---|---|---|---|---|
| 04-18372 17101002 | PHILLIP ANDREWS P.O. BOX 2630 TAUNTON, MA 02780 02780 | 11.97 | 08/10/2009 | FO |
| 07-12405 17101001 | DANIEL GILLEO 49 MONUMONT ST MEDFORD, MA 02155 02155 | 3,710.49 | 08/10/2009 | |
| 07-13534 17101000 | GLADYS ZAYAS P.O. BOX 690285 QUINCY, MA 02269 02269 | 1,904.00 | 08/10/2009 | |
| 07-15014 17100999 | ROBERT OHRENBERGER 15 QUINCY ST BROCKTON, MA 02302 02302 | 5.93 | 08/10/2009 | FO |
| 08-10152 17100998 | DIEDRA CREGER 118 ANDREWS WAY PLYMOUTH, MA 02360 02360 | 3,845.00 | 08/10/2009 | |
| 08-14635 17100990 | CHRISTOPHER LASHUS 415 CONCORD ST HOLLISTON, MA 01746 01746 | 72.00 | 08/10/2009 | |

**Grand Total: 9,549.39**